UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOANNA NELSON,        )  |  |
| PLAINTIFF        ) | CIVIL ACTION NO.: |
|         ) | |
| VS.        ) | 4:13-cv-533-RWS |
|         ) | |
| DISCOVER FINANCIAL SERVICES, LLC,   ) | |
| DEFENDANT.        ) | |

NOTICE OF VOLUNTARY DISMISSAL

All parties hereby stipulate to dismiss this case with prejudice and without costs, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(2).

HEALEY LAW, LLC

/s/ Robert T. Healey
Robert T. Healey
EDMO # 34138MO
640 Cepi Drive, Suite A
Chesterfield, MO 63005
Email:  bob@healeylawllc.com
Telephone:    (636) 536-5175
Fax:        (636) 590-2882
Co-counsel for Plaintiff

CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system this 11th day of Nivember, 2013 upon all counsel of record.

/s/ Robert T. Healey
Robert T. Healey